# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2023-3098

———————————————————

OSYMA DEL VALLE,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and LEON
MEDICAL CENTERS, INC.,

Appellees.

———————————————————

On appeal from the Reemployment Assistance Appeals
Commission.



May 8, 2024

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Osyma Del Valle, pro se, Appellant.

No Appearance for Appellees.